

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

November 10, 2014

HONORABLE STACEY BOND
176TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/9/2015 12:54:39 PM

CHRISTOPHER A. PRINE
Clerk

Defendant's Name: ALBERT JUNIOR FEBUS

Cause No: 1406874

Court: 176TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/06/2014
**Sentence Imposed Date:** 11/06/2014
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record: TO BE DETERMINED**

Sincerely,

N. SALINAS
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    JUDY FOX (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - MOTION FOR NEW TRIAL

January 6, 2015

JERALD K. GRABER
ATTORNEY OF RECORD
917 FRANKLIN, #510
HOUSTON, TEXAS 77002

Defendant's Name: ALBERT JUNIOR FEBUS

Cause No: 1406874

Court: 176TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/06/2014
**Sentence Imposed Date:** 11/06/2014
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** JERALD K. GRABER
Motion For New Trial Filed: 12/02/2014

Sincerely,,

/S/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

   JUDY FOX (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 1406874

THE STATE OF TEXAS

Albert Febus V. , A/K/A/ _____

17C ___ District Court / County Criminal Court at Law No. _____

**Harris County, Texas**

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On 11/6/14 _____ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**FILED**
Chris Daniel
District Clerk

Time: **NOV 6 - 2014**

By _____
Harris County, Texas

Deputy

The undersigned attorney (check appropriate box):

☑ **MOVES** to withdraw.
☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

05-06-14
**Date**

Albert Febus
**Defendant (Printed name)**

_____
**Attorney (Signature)**

Andre L. Ligon
**Attorney (Printed name)**

00797840
**State Bar Number**

1314 Texas St. Ste.1500
**Address**

(713) 662-2500
**Telephone Number**

The defendant (check all that apply):

☑ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☑ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
**Defendant (Signature)**

Albert Febus
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON **NOV -6 2014**

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On **NOV - 6 2014** the Court conducted a hearing and **FINDS** that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: **NOV - 6 2014** 11-6-2014

    JUDGE PRESIDING,
    _____ DISTRICT COURT /
    COUNTY CRIMINAL COURT AT LAW NO. _____,
    HARRIS COUNTY, TEXAS

 

Cause No. **1406874**

**THE STATE OF TEXAS**

IN THE **176** DISTRICT COURT

v.

**COUNTY CRIMINAL COURT AT LAW NO. ____**

**Albert Febus** , Defendant

**HARRIS COUNTY, TEXAS**

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☑ is not a plea-bargain case, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]
- ☐ the defendant has waived the right of appeal.

FILED
Chris Daniel
District Clerk

NOV 6 - 2014

Time: _____

Harris County, Texas

By_____
Deputy

_____
Judge

NOV 26 2014   11-6-2014
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

State Bar of Texas ID number: **00797846**

Telephone number: _____

Mailing Address: **1314 Texas St**

Fax number (if any): _____

Telephone number: **(713) 662-2580**

Fax number (if any): **(713) 222-0252**

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1406874   OFFENSE: failure to Comply

THE STATE OF TEXAS

176 DISTRICT COURT

VS.

OF

Albert Febus

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES          , defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☒ Appoint appellate counsel to represent him.

☒ Asks the court to order that a free record be provided to him.

**FILED**
Chris Daniel
District Clerk

DEFENDANT

SUBSCRIBED AND SWORN to before me, this ___ day of _____ A.D., 20 **NOV. 6 - 2014**
Time: _____

By _____

Harris County, Texas

Deputy

DEPUTY DISTRICT CLERK
DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On ___11-6-14___ the court conducted a hearing and found that the defendant is indigent.

☒ The court orders that Attorney, ___Gerald Graber___ is appointed to represent defendant/appellant on appeal.

☐ Harris County Public Defender's Office (HCPD) is **APPOINTED** to represent defendant/appellant on appeal. Assistant Public Defender Assigned by HCPD _____
Bar Card Number _____ SPN Number _____

☒ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: ___, by certified mail return receipt requested.

JUDGE PRESIDING
DISTRICT COURT
HARRIS COUNTY, TEXAS

## OATH OF APPOINTED ATTORNEY ON APPEAL

I, ___Gerald Graber___, Attorney at Law, swear or affirm to the court that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to perform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

ATTORNEY (SIGNATURE)

917 Franklin #510

ADDRESS

713-224-2323

PHONE

58240320

SPN NUMBER

Hou    Tx    77002

CITY       STATE       ZIP

FAX NUMBER

EMAIL ADDRESS

NOV 1 3 2014

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ .

DEPUTY DISTRICT CLERK (SIGNATURE)

# APPEAL CARD

Court **176th** Due: 1-5-15 1st

Cause No. **1406874**

## The State of Texas
### Vs

**Albert Febus**

Date Notice
Of Appeal: **11-6-14**

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Stacey Bond

**Court Reporter** Judy Fox

**Court Reporter**_____

**Court Reporter**_____

**Attorney
on Trial** Andre Ligon

**Attorney
on Appeal** TBD

Appointed_____ Hired ✔

**Offense** Fail to Comply as sex off.

**Jury Trial** Yes ✔ No_____

**Punishment
Assessed** 35 yrs TDC

**Companion Cases
(If Known)**_____

**Amount of
Appeal Bond** 0.00

**Appellant
Confined:** Yes ✔ No_____

**Date Submitted
To Appeal Section** 11-7-14    997

**Deputy Clerk** _____